IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADE FAGORALA,<br><br>        Plaintiff,<br><br>  v.<br><br>WAYPOINT HOMES INC., et al.,<br><br>        Defendants.<br>_____ / | No. C 13-00038 SI<br><br>**JUDGMENT** |

      Plaintiff's case has been dismissed without leave to amend for failure to state a claim. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 27, 2013

                                              SUSAN ILLSTON<br>                                              United States District Judge