IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADE FAGORALA,

    Plaintiff,

v.

WAYPOINT HOMES INC., et al.,

    Defendants.

No. C 13-00038 SI

**JUDGMENT**

Plaintiff's case has been dismissed without leave to amend for failure to state a claim. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 27, 2013

SUSAN ILLSTON
United States District Judge